PORTERFIELD<br>v.<br>GREENWOOD.

---

## FERGUSON & O'DOWD *v.* MURPHY & CO. et al.

Where the citation to answer interrogatories issued to the firm alone, the answer by one member of it will be sufficient, notwithstanding the prayer of the petition was that the individual members of it should answer.

APPEAL from the Sixth District Court of New Orleans, *Cotton,* J. *Haynes,* for plaintiffs and appellants. *Budd,* for garnishee.

SLIDELL, C. J. The plaintiffs having issued a *fieri facias* against the defendants, filed a petition for the purpose of making the firm of *White, Fazende & Co.* garnishee, and propounded interrogatories, which they asked in their petition should be answered by the individual members of the firm. A citation was issued, addressed to the firm, and was served on *White,* one of its members, who, for the firm, answered the interrogatories in the negative. Then the plaintiffs took a rule on the firm of *White, Fazende & Co.* to show cause why the interrogatories should not be taken *pro confessis,* on the ground that only *White* had answered. The petition, citation and rule, do not suggest the names of the partners. The District Judge dismissed the rule, and the plaintiffs have appealed. As no citation issued other than to the firm, we see no reason to disturb the judgment.

Judgment affirmed, with costs.